# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 21-cv-1681-DWD |
| ) | |
| **PHARMACIA LLC (formally known as** ) | |
| **MONSANTO CO.) and** ) | |
| **SOLUTIA, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**DUGAN, District Judge:**

On January 25, 2022, Plaintiff United States of America filed an unopposed motion for the entry of the proposed Consent Decree lodged with the Court on December 14, 2021 (Doc. 2). Appearing to the Court that the settlement set forth in the Consent Decree is fair, adequate, and reasonable, consistent with the United States Constitution and the mandate of Congress, and in the public interest, it is hereby **ORDERED** that the unopposed motion for entry of the consent decree (Doc. 7) is **GRANTED**. Entry of the Consent Decree will be effected by the Court's signature on the proposed Consent Decree (Doc. 2) and its subsequent entry on the docket.

**SO ORDERED.**

Dated: February 2, 2022

_____
DAVID W. DUGAN
United States District Judge

1